PEOPLE V SALAMEY, No. 137370; Court of Appeals No. 275102.

TRANTHAM V TRANTHAM, No. 137405; Court of Appeals No. 283821.

PEOPLE V STREATER, No. 137427; Court of Appeals No. 285856.

PEOPLE V OSLEY, No. 137439; Court of Appeals No. 286486.

PEOPLE V HOWARD JOHNSON, No. 137497. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284213.

PEOPLE V SMIELEWSKI, No. 137505; Court of Appeals No. 278570.

PEOPLE V MAGNER, No. 137519. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284963.

PEOPLE V LONYE JONES, No. 137521. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286604.

PEOPLE V JESSE PEOPLES, No. 137522. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284840.

PEOPLE V POTTER, No. 137524. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284488.

PEOPLE V GREGORY WASHINGTON, No. 137529. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284965.

PEOPLE V THEODORE LEE, No. 137532. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 286539.

PEOPLE V BARLOW, No. 137533. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284726.

GRAND TRUNK WESTERN RAILROAD, INC V 37TH CIRCUIT COURT JUDGE, No. 137536; Court of Appeals No. 273411.

KRONBERG V MATHEW, No. 137544; Court of Appeals No. 274867.

PEOPLE V JOSHUA LAWSON, No. 137559. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286656.

PEOPLE V BODRIE, No. 137566. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284198.